UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY E. HOBSON,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>                    Defendant. | No.  CV-11-119-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND<br><br>(ECF No. 19) |

     BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings, **ECF No. 19,** pursuant to sentence four. Maureen J. Rosette represents plaintiff. Special Assistant United States Attorney David I. Blower represents defendant. The parties have consented to proceed before a magistrate judge, ECF No. 7.

     After considering the stipulated motion, ECF No. 19, **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

     1. The ALJ will conduct another hearing and issue a new decision.

     2. On remand, the Appeals Council will direct the ALJ to reevaluate Dr. Mabee's medical source opinions, explaining the weight given to each opinion.

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

1    3. The ALJ will further consider plaintiff's residual
2  functional capacity when he is not using alcohol.

3    4. The ALJ will obtain additional evidence from a vocational
4  expert if necessary.

5    Because this remand is pursuant to sentence four with a
6  remand to the Commissioner for further proceedings (*see Melkonyan*
7  *v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to
8  reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412
9  (a), (d), upon proper request to this Court.

10 IT IS FURTHER ORDERED:

11   1. The parties' stipulated motion for an order of remand
12 pursuant to sentence four (ECF No. 19) is **GRANTED.**

13   2. Judgment shall be entered for **PLAINTIFF.**

14   3. An application for attorney fees and costs may be filed by
15 separate motion.

16   4. The District Court Executive is directed to enter this
17 Order, enter judgment for plaintiff, forward copies to counsel,
18 and **CLOSE** the file.

19   **IT IS SO ORDERED**.

20   **DATED** this 28th day of March, 2012.

21

22                                    *s/James P. Hutton*
                                    JAMES P. HUTTON
23                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2