# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

GREGORY E. HOBSON,                  )
                                    )
            Plaintiff,              )
                                    )          NO.  CV-11-119-JPH
      vs.                           )
                                    )       **JUDGMENT IN A**
MICHAEL J. ASTRUE,                  )          **CIVIL CASE**
Commissioner of Social Security,    )
                                    )
            Defendant.              )
                                    )
_____)

## STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this  28th day of  March, 2012.

                        JAMES R. LARSEN
                        District Court Executive/Clerk


                        by: __s/ Karen White_____
                              Deputy Clerk

cc: all counsel